## (March 28, 1962)

■ BERTHA MURPHY et al., Appellants, v. WILLIAM SOLOMON et al., Defendants, and HARRY SEIDENBERG et al., Doing Business under the Name of SEIDENBERG & SONS, Respondents.— Motion by appellants to discontinue appeal on the ground that it has become academic, granted; appeal discontinued, without costs. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ JACOB LEVANTHAL, Respondent, v. FRANCES LEVENTHAL, Appellant.— Motion by appellant for a stay, pending appeal, granted. Cross motion by respondent to dismiss appeal denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ JAMES SCORZELLI, an Infant, et al., Respondents, v. HOWARD SOHN et al., Appellants.— Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before April 13, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of the Estate of CHARLES W. CARPENTER, Deceased. WILLIAM MATTHEWS et al., Appellants; RUTH C. BENNETT, as Administratrix, Respondent.— Motion to vacate order dated March 5, 1962, dismissing appeal, and to extend time to perfect appeal, granted on condition that appellants perfect the appeal and be ready to argue or submit it at the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before April 13, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ In the Matter of the Estate of LESTER MARTIN, Deceased. JONAH J. GOLDSTEIN, as Executor, Appellant; SYLVIA MARTIN, Individually and as Executrix, Respondent.— Motion by appellant to extend his time to answer the cause of action contained in paragraphs 82 and 83 of the supplemental petition. Motion granted; appellant's time to answer said cause of action is extended until 10 days after entry of the order determining the appeal, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term; the record and appellant's brief to be served and filed on or before April 16, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

## (March 30, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON LEVINE, Appellant.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.